Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the ESTATE OF HERNANDO MOODY, Deceased, Respondent, v QUALITY STRUCTURES, INC., et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Submitted September 2, 2014; decided October 21, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et al., Appellants, et al., Plaintiffs, v TRANS-CANADA ENERGY USA, INC., et al., Respondents. (And Another Action.)

Submitted August 18, 2014; decided October 21, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, et al., Appellants, et al., Plaintiffs, v TRANS-CANADA ENERGY USA, INC., et al., Respondents. (And Another Action.)

Submitted September 8, 2014; decided October 21, 2014

Motion to vacate stay and for other relief denied.

Chief Judge LIPPMAN taking no part.

IOANNIS PIPINIAS, Respondent, v J. SACKARIS & SONS, INC., Defendant, and LAWRENCE MIRRO, Appellant.

Submitted September 2, 2014; decided October 21, 2014